02-10-069-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00069-CR

 

 


 
 
 Israel Pinales
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 396th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant=s “Motion For Voluntary
Dismissal Pursuant To TRAP 42.2(a).”  The motion complies with rule 42.2(a) of
the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a),
43.2(f).

 

PER
CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ. 

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: March 8, 2012









[1]See Tex. R. App. P. 47.4.